**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Tracy Davon THOMAS, Defendant—
Appellant.**

No. 04–50244.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

Becky S. Walker, Esq., Scott M. Garringer, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff—Appellee.

Sung Bae Park, Esq., Van Nuys, CA, for Defendant—Appellant.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM **

Tracy Davon Thomas appeals from the 115–month sentence imposed following his jury conviction for conspiracy to commit a bank robbery in violation of 18 U.S.C. § 371; aiding and abetting a bank robbery in violation of 18 U.S.C. § 2113(a) and 2(a); and witness tampering in violation of 18 U.S.C. § 1512(b). We have jurisdiction pursuant to 28 U.S.C. § 1291.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

We remand to the sentencing court to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

